CUYAHOGA COUNTY BAR ASSOCIATION *v.* WILLIAMSON.

[Cite as *Cuyahoga Cty. Bar Assn. v. Williamson*
(1995), 73 Ohio St.3d 286.]

(No. 94–2655—Submitted April 18, 1995—Decided August 23, 1995.)

288

*Robert S. Balantzow, James R. Foos* and *Edward S. Molnar,* for relator.

*Per Curiam.* We have reviewed the record and agree with the board's findings of misconduct and its recommendation. Respondent is therefore indefinitely suspended ·from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.